UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARLOS LOTT,

      Petitioner,

                                  CASE NO. 03-CV-74234-DT
v.                               JUDGE PAUL D. BORMAN
                                  MAGISTRATE JUDGE PAUL J. KOMIVES

DOUG C. VASBINDER,

      Respondent.
_____/

### ORDER SUBSTITUTING PROPER RESPONDENT

      Petitioner filed his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on October 22, 2003. At that time he was incarcerated at the G. Robert Cotton Correctional Facility in Jackson, Michigan. Subsequently, petitioner was transferred to the Bellamy Creek Correctional Facility in Ionia, Michigan. Because of petitioner's transfer, Kenneth T. McKee, Warden at Correctional Facility, is now the proper respondent.

      Accordingly, it is hereby ORDERED that Kenneth T. McKee be substituted for Doug C. Vasbinder as respondent in this action.

      IT IS SO ORDERED.

                                                s/Paul J. Komives
                                                PAUL J. KOMIVES
                                                UNITED STATES MAGISTRATE JUDGE

Dated: 6/30/05

> The undersigned certifies that a copy of the foregoing order was served on the attorneys of record by electronic means or U.S. Mail on June 30, 2005.
>
>                                       s/Eddrey Butts
>                                       Case Manager